

# E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KURT ABRON | Plaintiff, | CASE NO. CV 08 2857 |
| vs. | | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| D.K. SISTO | Defendant. | |

I, __KURT ABRON__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: __∅__

Employer: __N/A__

MAY 16 2008

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | __GENENTECH INC.__
5 | __218 AIRPOR ROAD__
6 | __SOUTH SAN FRANCISCO, CA__
7 | 2.  Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |     a.   Business, Profession or                    Yes ___ No _x_
10|          self employment
11|     b.   Income from stocks, bonds,                 Yes ___ No _x_
12|          or royalties?
13|     c.   Rent payments?                             Yes ___ No _x_
14|     d.   Pensions, annuities, or                    Yes ___ No _x_
15|          life insurance payments?
16|     e.   Federal or State welfare payments,         Yes ___ No _x_
17|          Social Security or other govern-
18|          ment source?
19| If the answer is "yes" to any of the above, describe each source of money and state the amount
20| received from each.
21| _____Ø_____
22| _____
23| 3.  Are you married?                                Yes ___ No _x_
24| Spouse's Full Name: _____N/A_____
25| Spouse's Place of Employment: ___N/A_____
26| Spouse's Monthly Salary, Wages or Income:
27| Gross $___Ø_____   Net $___Ø_____
28| 4.  a.   List amount you contribute to your spouse's support:$ ___Ø___

MAY 16 2008

1     b.     List the persons other than your spouse who are dependent upon you for
2           support and indicate how much you contribute toward their support. (NOTE:
3           For minor children, list only their initials and ages. DO NOT INCLUDE
4           THEIR NAMES.).
5           N/A
6           N/A
7   5.   Do you own or are you buying a home?   Yes ___ No _X_
8   Estimated Market Value: $__∅__   Amount of Mortgage: $__∅__
9   6.   Do you own an automobile?   Yes ___ No _∅_
10   Make __N/A__ Year __N/A__ Model __N/A__
11   Is it financed? Yes ___ No _X_ If so, Total due: $__∅__
12   Monthly Payment: $__∅__
13   7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14   Name(s) and address(es) of bank: __N/A__
15           N/A
16   Present balance(s): $ _∅_
17   Do you own any cash? Yes ___ No _∅_ Amount: $ _∅_
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.) Yes ___ No _∅_
20           N/A
21   8.   What are your monthly expenses?
22   Rent: $ _∅_   Utilities: _∅_
23   Food: $ _∅_   Clothing: _∅_
24   Charge Accounts:
25   Name of Account   N/A   Monthly Payment   N/A   Total Owed on This Acct.
26   __N/A__ $ __∅__   $ __∅__
27   __N/A__ $ __∅__   $ __∅__
28   __N/A__ $ __∅__   $ __∅__   9. Do

MAY 16 2008

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  ___N/A_____
4  ___N/A_____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  ___N/A_____
10 ___N/A_____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 ___May 26, 2008___          ___Kurt F. Alban___
17         DATE                 SIGNATURE OF APPLICANT

MAY 16 2008

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __KURT ABRON #K-82005__ for the last six months at

__CSP-Solano__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _109.17_ /A and the average balance in the prisoner's account each month for the most recent 6-month period was $ _133.81_ /A

Dated: _5/22/08_                    _[signature]_ Account Technician
                                    [Authorized officer of the institution]

MAY 16 2008

```
REPORT ID: TS3030  .701                                              REPORT DATE: 05/22/08
                                                                     PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA STATE PRISON SOLANO
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 22, 2007 THRU MAY 22, 2008

ACCOUNT NUMBER : K82005                       BED/CELL NUMBER: S421J 0000006U
ACCOUNT NAME   : ABRON, KURT                  ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION      COMMENT         CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----    ----  -----------      -------         ---------   --------   -----------   -------
11/22/2007    BEGINNING BALANCE                                                       20.00
12/05  D300  CASH DEPOSIT     8629-1982                      20.00                    40.00
12/06  D300  CASH DEPOSIT     8630-2020                     200.00                   240.00
12/07  W705  MISC. IWF CHA    2047-PHOTO                               10.00         230.00
12/10  W474  DONATION-VICT    2088COSTCO                               38.00         192.00
12/11  FC04  DRAW-FAC 4       2113-1ST                                 35.00         157.00
ACTIVITY FOR 2008
01/08  W450  DONATION-VETE    2447COSTCO                               60.00          97.00
01/08  FC04  DRAW-FAC 4       2463-1ST                                 45.00          52.00
01/11  D340  EFT DEPOSIT      JP533-2515                     60.00                   112.00
01/23  D340  EFT DEPOSIT      JP546-2651                     50.00                   162.00
01/23  W415  CASH WITHDRAW    2652-CKREQ     164584773                 50.00         112.00
01/25  W502  POSTAGE CHARG    2695-POST                                 0.97         111.03
01/25  W502  POSTAGE CHARG    2695-POST                                 1.65         109.38
01/28  D340  EFT DEPOSIT      JP550-2714                    100.00                   209.38
02/06  FC04  DRAW-FAC 4       2864-1ST                                110.00          99.38
02/06  W502  POSTAGE CHARG    2869-POST                                 1.31          98.07
02/22  W512  LEGAL POSTAGE    3055-LEGAL                                1.65          96.42
02/25  W415  CASH WITHDRAW    3082-CKREQ     164585112                  5.00          91.42
02/25  W502  POSTAGE CHARG    3082-CKREQ     164585113                  2.55          88.87
03/11  FC04  DRAW-FAC 4       3322- 1ST                                50.00          38.87
03/14  D300  CASH DEPOSIT     9177-3394                      25.00                    63.87
04/02  W415  CASH WITHDRAW    3632-CKREQ     164585681                  9.94          53.93
04/04  D300  CASH DEPOSIT     9250-3689                     100.00                   153.93
04/08  W389  DONATION -- YO   3729COSTCO                               45.50         108.43
04/25  W502  POSTAGE CHARG    3885-POST                                 0.97         107.46
05/01  W705  MISC. IWF CHA    3992-PHOTO                               10.00          97.46
05/05  D300  CASH DEPOSIT     9423-4015                     100.00                   197.46
05/05  W502  POSTAGE CHARG    4033-POST                                 1.14         196.32
05/07  FC04  DRAW-FAC 4       4096-1ST                                 80.00         116.32
05/12  W705  MISC. IWF CHA    IWF -4153                                 3.20         113.12
05/12  W350  SPECIAL PURCH    QACCES4153     164586039                 32.00          81.12
```

The within instrument is a correct
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ 5/22/08
   TRUST OFFICE

```
REPORT ID: TS3030 .701                                              REPORT DATE: 05/22/08
                                                                    PAGE NO:        2
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                          INMATE TRUST ACCOUNT STATEMENT

           FOR THE PERIOD: NOV. 22, 2007 THRU MAY 22, 2008

ACCT: K82005      ACCT NAME: ABRON, KURT                ACCT TYPE: I

                             TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL         TOTAL        CURRENT       HOLDS      TRANSACTIONS
    BALANCE      DEPOSITS     WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
   ---------    ----------    -----------    --------     -------      ------------
     20.00        655.00         593.88        81.12        0.00           0.00

                                                        CURRENT
                                                       AVAILABLE
                                                        BALANCE
                                                       ---------
                                                          81.12
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] 5/22/08
   TRUST OFFICE