KURT ABRON#K-82005
CSP-SOLANO
BLDG# 21-J-6-U
P.O. BOX 4000
VACAVILLE, CA 95696-4000



In Pro. Per.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KURT ABRON    Petitioner  E-filing

CV 08   2857

-v-

D.K. SISTO, Warden
         Respondent

SI

(PR)

MOTION AND DECLARATiON
FOR APPOINTMENT OF
COUNSEL

Petitioner Kurt Abron, moves this Court for an order to appoint Counsel at public expense.  28 U.S.C. §§1915(e)(1), 2254(h); 18 U.S.C. §3006A.

Counsel should be appointed because the issues in this case are particulaty complex.

(1.) The BPT's ever changing criteria on assessing suitability.
(2.) Investigative action is needed that the Petitioner is un-
     (able) to do, regarding PC 190, as well as Prop 7, and the
     proper intent of the Law.
(3.) Review and outline the BPT's Matrix, now that recent U.S.
     Supreme Court rulings in Blakely and Cunningham establish
     that any additional time, must be given by a Jury.

(1.)

(2.)

I declare under penalty of perjury that the foregoing is true and correct and that this declartion was executed at Vacaville, Ca, on June 3, 2008.

DATED June 3, 2008

*Kurt F. Abron*
Kurt F. Abron

(2.)

KURT ABRON #K-82005
CSP-SOLANO
BLDG#21-J-6-U
P.O. BOX 4000
VACAVILLE, CA 95696-4000

LEGAL MAIL

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
www.usps.gov
LABEL 107R, OCT 1997

RECEIVED
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF THE
UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

CSP SOLANO
STATE PRISON

$ 05.200