**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>415.522.2000 |

June 24, 2008

USDC for the Eastern District of California
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

RE: CV 08-02857 SI (pr)  KURT F ABRON-v-D K SISTO

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☐    Certified copy of docket entries.

        ☐    Certified copy of Transferral Order.

        ☐    Original case file documents.

        ☒    Please access the electronic case file for all pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        /s/

        by:  Yumiko Saito
        Case Systems Administrator

Enclosures
Copies to counsel of record